IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

AUG 07 2024

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **3:24 CR 287** |
| | ) | **JUDGE KNEPP** |
| v. | ) | CASE NO.___ MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| ROBERT CRAIG BANKS, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about April 1, 2024, in the Northern District of Ohio, Western Division,

Defendant ROBERT CRAIG BANKS, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, it being: Robbery, on or about July

10, 2019, in Case Number CR 19-1673, Lucas County Court of Common Pleas, knowingly

possessed in and affecting interstate commerce a firearm, to wit: a Taurus, 9MM caliber semi-

automatic pistol, bearing serial number TI063548, and said firearm having been shipped and

transported in interstate commerce, in violation of Title 18, United States Code, Sections

922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      The allegation of Count 1 is hereby realleged and incorporated herein by

reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing

offense, Defendant ROBERT CRAIG BANKS shall forfeit to the United States any and all

ORIGINAL

firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.